UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

SUSAN KING                                                    PETITIONER

V.                                          CIVIL ACTION NO. 3:13-CV-322-H

LADONNA THOMPSON, et al.                                     RESPONDENTS

**ORDER**

This matter came before the Court for a status conference on September 2, 2014.  The parties had previously notified this Court that the Kentucky Court of Appeals has remanded Petitioner's case to the Kentucky trial court "for a jury trial."  At the status conference, counsel for Respondent informed the Court that the Commonwealth has not challenged the Kentucky Court of Appeals decision and counsel for Petitioner informed the Court that Petitioner has no objection to her federal habeas petition being dismissed since she has received relief in state court.  Therefore IT IS HEREBY ORDERED that Petitioner's petition for writ of habeas corpus is DISMISSED as moot by agreement of the parties.